# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

LORETTA ANN LOZANO,

    Plaintiff,

v.                                                                 No. CV 19-130 CG

ANDREW SAUL,
Commissioner of Social Security,

    Defendant.

## ORDER GRANTING UNOPPOSED
## MOTION TO EXTEND BRIEFING DEADLINES

**THIS MATTER** is before the Court upon Plaintiff Loretta Ann Lozano's *Unopposed Motion to Extend Briefing Deadlines*, (Doc. 18), filed July 12, 2019. The Court, having read the Motion and noting it is unopposed, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff shall file a Motion to Reverse or Remand on or before **August 12, 2019**. Defendant shall file a Response on or before **October 11, 2019**. Plaintiff may file a Reply on or before **October 25, 2019**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE