IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LORETTA ANN LOZANO,
    Plaintiff,

v.

ANDREW SAUL,
Commissioner of the Social
Security Administration,

    Defendant.

CV No. 19-130 CG

## ORDER GRANTING DEFENDANT'S FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF

**THIS MATTER** is before the Court on Defendant Commissioner's *First Unopposed Motion for Extension of Time to File Response Brief* (the "Motion"), (Doc. 23), filed November 7, 2019. The Court, having reviewed the Motion, and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant shall have until December 12, 2019, to file a response, and Plaintiff shall have until December 26, 2019, to file a reply.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE