**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

LORETTA ANN LOZANO,

       Plaintiff,

v.                                     No. CV 19-130 CG

ANDREW SAUL,
Commissioner of the
Social Security Administration,

       Defendant.

**ORDER GRANTING DEFENDANT'S UNOPPOSED
MOTION TO REVERSE AND REMAND**

     **THIS MATTER** is before the Court on *Defendant's Unopposed Motion to Remand for Further Proceedings*, (Doc. 26), filed December 11, 2019. The Court, noting that the Motion is unopposed, finds that the Motion is well-taken and shall be **GRANTED**.

     The Court hereby **REVERSES** the Commissioner's decision in this matter under sentence four of 42 U.S.C. § 405(g) and **REMANDS** the case to the Commissioner for further administrative proceedings and to obtain additional evidence as needed. Upon remand, the Social Security Administration's Appeals Council will remand the matter to a new ALJ for a *de novo* hearing and new decision.

     **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE