## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

LORETTA ANN LOZANO,

        Plaintiff,

v.                                                                No. CV 19-130 CG

ANDREW SAUL,
Commissioner of the
Social Security Administration,

        Defendant.

## FINAL JUDGMENT

Pursuant to the Court's *Order Granting Defendant's Unopposed Motion to Reverse and Remand*, (Doc. 27), the Court enters this Judgment under Rule 58 of the Federal Rules of Civil Procedure **REMANDING** this case to the Commissioner of the Social Security Administration for further administrative action.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE