# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

LORETTA ANN LOZANO,

      Plaintiff,

v.                                                                                   No. CV 19-130 CG

ANDREW SAUL, Commissioner of the
Social Security Administration,

      Defendant.

## ORDER APPROVING STIPULATION FOR
## ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT

**THIS MATTER** is before the Court on the parties' *Stipulated Motion for Award of Attorney Fees Under the Equal Access to Justice Act* ("Stipulated Motion"), (Doc. 29), filed February 7, 2020. In the Stipulated Motion, the parties agree to an award of Equal Access to Justice Act ("EAJA") fees in the amount of $6,940. (Doc. 29 at 1).

**IT IS THEREFORE ORDERED** that Defendant shall pay Plaintiff $6,940 pursuant to the EAJA, 28 U.S.C. § 2412(d). If, after receiving the Court's EAJA fee order, the Commissioner (1) determines that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, and (2) agrees to waive the requirements of the Anti-Assignment Act, the fees will be made payable to Plaintiff's attorney. However, if there is a debt owed under the Treasury Offset Program, the Commissioner cannot agree to waive the requirements of the Anti-Assignment Act, and the remaining EAJA fees after offset will be paid by a check made out to Plaintiff but delivered to Plaintiff's attorney.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE